# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

        v.                                     **APPEARANCE**

LONG DUONG                       CASE NO.:    1:23-CR-219 (DLF)

*To the Clerk of this Court and all parties of record:*

*Enter my Appearance as counsel in this case for:*

                                        ***LONG DUONG***

| | |
|---|---|
| *Date: July 26, 2023* | */s/Andrew Giering* <br> Signature |
| *Bar No.: ct29332* | Andrew Giering <br> Print Name |
| | OFFICE OF THE FEDERAL DEFENDER <br> Firm Name |
| | 10 Columbus Blvd, FL 6 <br> Address |
| | Hartford      CT      06106 <br> City      State      Zip Code |
| | (860) 493-6260 <br> Phone Number |

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on July 26, 2023, a copy of the foregoing Appearance was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                            */s/Andrew Giering* <br>
                                            Andrew Giering