UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| UNITED STATES OF AMERICA | |
|---|---|
| v. | |
| LONG DUONG | Case No. 23-cr-219 (DLF) |
| and | |
| JULIE MILLER, | |
| Defendants. | |

## GOVERNMENT'S NOTICE OF FILING OF VIDEO EXHIBITS PURSUANT TO LOCAL CRIMINAL RULE 49 AND STANDING ORDER 21-28

The United States hereby gives notice, pursuant to Local Criminal Rule 49 and Standing Order 21-28, of the following exhibits provided to the Court and counsel to be used by the government in the sentencing in this matter. The following video evidence has been made available to the Court electronically:

| Sentencing Exhibit Number | File Name | Description |
|---|---|---|
| 1 | Exh. 1 Julie Miller video.mp4<br><br>**Please open with VLC Media Player** | 1 min 44 second video filmed by Julie Miller outside Fire Door.<br><br>00:10 Duong and Miller could hear rioters encouraging others to "break the windows"<br>00:35 Duong and Miller could hear the crowd cheer when door was breached<br>00:54-01:08 Miller joined in chanting |

1

| 2 | Exh. 2 Julie Miller video<br><br>**Please open with VLC Media Player** | 4 min 21 second video filmed by Julie Miller showing rioters entering Fire Door and Duong and Miller inside Parliamentarian's office suite.<br><br>02:10- 2:40 Duong and Miller entered Capitol building while alarms blared in background.<br><br>02:54-4:21 Duong and Miller walking around ransacked Parliamentarian's office suite<br><br>4:10 Miller poses in office chair in interior office space |
|---|---|---|
| 3 | Exh. 3 Duong and Miller exit Senate Fire Door.mp4<br><br>**VLC Media Player** | 5 minute clip of USCP CCTV<br><br>**Open at 1:45- 1:50**   Video shows rioters have been directed out of the U.S. Capitol building and Duong and Miller are pushed out by police. |

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY

By:   */s/ Melanie Krebs-Pilotti*
MELANIE KREBS-PILOTTI
Trial Attorney -ATR
601 D Street NW
Washington, D.C. 20530
CA Bar No. 241484
(202) 870-7457
melanie.krebs-pilotti2@usdoj.gov